Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
08/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PLAINTIFF | CASE NUMBER:<br>5:26-mj-00623 |
| QUINCY DONELL LEBARCESIA HARPER<br>USMS# 36128-508<br>DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/26/2026 12:21 at ☒ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   Title 18, U.S.C., 3142 "Violation of Pre-Trial Release"
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1984
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: Duty Officer
10. Remarks (if any): Arrested for Federal warrant only.
11. Name: StevenLipscomb (please print)
12. Office Phone Number: 951-276-6160
13. Agency: U.S. Marshal Service
14. Signature: [signature] #31023
15. Date: 8/28/2026